# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE GIURBINO, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00012-LJO-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO BEGIN TAKING DISCOVERY**<br><br>ECF No. 40 |

　　　　Plaintiff Edward Furnace ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing his complaint on December 17, 2010, in the Sacramento Division of the Eastern District of California. The action was transferred to this Court on January 4, 2011. On December 19, 2011, the Court order service of the first amended complaint on Defendants. On February 23, 2012, Plaintiff filed a motion to begin taking discovery in this action. The motion is submitted pursuant to Local Rule 230(l).

　　　　Plaintiff requests that the Court open discovery in this action. However, on February 27, 2012, Defendants filed a motion to dismiss this action. No answer was filed. The Court will not open discovery when an answer has yet to be filed. Accordingly, it is HEREBY ORDERED that Plaintiff's motion to begin discovery, filed February 23, 2012, is denied.

IT IS SO ORDERED.

　　Dated:　**August 27, 2012**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28