1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9

10   EDWARD FURNACE,                                  CASE NO. 1:11-cv-00012-LJO-DLB PC

11                      Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                                      RECOMMENDATIONS AND DENYING
12            v.                                      DEFENDANTS' MOTION TO DISMISS

13   GEORGE GIURBINO, et al.,                         (ECF Nos. 41, 45, 58)

14                      Defendants.                   RESPONSIVE PLEADING DUE WITHIN
                                                      THIRTY DAYS
15   _____/

16

17        Plaintiff Edward Furnace ("Plaintiff") is a California state prisoner proceeding pro se in this

18   civil rights action pursuant to 42 U.S.C. § 1983.  On February 27, 2012, Defendants J. Bales, G.

19   Giurbino, M. Hodges-Wilkins, D. Leon, R. Lopez, L. Warren, and S. Fuentes filed a motion to

20   dismiss on the grounds of res judicata.  ECF Nos. 41, 45.  The matter was referred to a United States

21   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22        On September 6, 2012, the Magistrate Judge filed a Findings and Recommendations which

23   was served on the parties and which contained notice to the parties that any objection to the Findings

24   and Recommendations was to be filed within fourteen days.  ECF No. 58.  No party filed a timely

25   Objection to the Findings and Recommendations.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de*

27   *novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

28   Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed September 6, 2012, is adopted in full;

2.      Defendants' motion to dismiss on the grounds of res judicata is denied; and

3.      Defendants are required to serve and file a responsive pleading to Plaintiff's first amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    September 27, 2012**            **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

2