# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE, | CASE NO. 1:11-cv-00012-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| GEORGE GIURBINO, et al., | (ECF Nos. 41, 45, 58) |
| Defendants. | RESPONSIVE PLEADING DUE WITHIN THIRTY DAYS |

Plaintiff Edward Furnace ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2012, Defendants J. Bales, G. Giurbino, M. Hodges-Wilkins, D. Leon, R. Lopez, L. Warren, and S. Fuentes filed a motion to dismiss on the grounds of res judicata. ECF Nos. 41, 45. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 6, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days. ECF No. 58. No party filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 6, 2012, is adopted in full;
2. Defendants' motion to dismiss on the grounds of res judicata is denied; and
3. Defendants are required to serve and file a responsive pleading to Plaintiff's first amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   September 27, 2012**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE