# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE GIURBINO, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00012-LJO-DLB PC<br><br>ORDER DISCHARING ORDER TO SHOW CAUSE<br><br>(Document 70) |

　　Plaintiff Edward Furnace ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On May 20, 2013, the Court issued an Order to Show Cause why Defendants Summersett and Haythorne should not be dismissed for failure to provide sufficient information to effect service of process. On June 6, 2013, Plaintiff filed a response.

　　By separate order, the Court has ordered the United States Marshal to attempt re-service. Accordingly, the May 20, 2013, Order to Show Cause is DISCHARGED.

IT IS SO ORDERED.

　　Dated:　**July 22, 2013**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28