# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE, | Case No. 1:11-cv-00012-LJO-DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| GEORGE GIURBINO, et al., | (Document 85) |
| Defendants. | |

Plaintiff Edward Furnace ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the Court's recent order, this action is proceeding against (1) Defendant Lopez in his individual capacity for damages, and in his official capacity for injunctive relief for violation of the First Amendment; and (2) Defendants in their official capacity for prospective injunctive relief for violation of the RLUIPA.

On August 1, 2013, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a). At this stage of the proceedings, Defendants have not filed an answer or a motion for summary judgment, and Plaintiff therefore has the absolute right to dismiss his claims, without prejudice. Fed. R. Civ. Proc. 41(a)(1)(A)(i); Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's Notice of Voluntary Dismissal filed on August 1, 2013.


IT IS SO ORDERED.

Dated:   **August 2, 2013**                          **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE