# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEORGE GIURBINO, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00012-LJO-DLB PC<br><br>ORDER DENYING MOTION REQUESTING REIMBURSEMENT OF FEES<br><br>[ECF No. 88] |

Plaintiff Edward Furnace ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 1, 2013, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a). On August 5, 2013, the Court noted that at that stage in the proceedings, Plaintiff had the absolute right to dismiss his claims, without prejudice. Fed. R. Civ. Proc. 41(a)(1)(A)(i); Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The Court stated that the filing of the notice itself had the effect of closing the action, and the Court therefore no longer had jurisdiction over the claims. Id. Accordingly, the Court directed the Clerk of the Court to close the case pursuant to Plaintiff's notice of voluntary dismissal.

On January 30, 2014, the U.S. Marshal Service filed a request that the Court issue an order reimbursing the costs of service. But because the notice of voluntary dismissal effectively closed the action, the Court no longer has jurisdiction to issue an order to show cause regarding the costs of

1

1  service.

2      Accordingly, IT IS HEREBY ORDERED that the motion for court order to reimburse U.S.
3  Marshal Service fees is DENIED for lack of jurisdiction.

4
5  IT IS SO ORDERED.

6      Dated:   **September 17, 2014**                      /s/ *Dennis L. Beck*
7                                                               UNITED STATES MAGISTRATE JUDGE